| | |
|---|---|
| Russell A. Brown ABN 10173<br>CHAPTER 13 TRUSTEE<br>3838 N. Central Avenue<br>Suite 800<br>Phoenix, AZ 85012-1965<br>(602) 277-8996 | |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Fred Woelk, Jr.<br><br><br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 0-10-BK-02831 PHX RJH |
| Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>Movant,<br><br>vs.<br><br>Fred Woelk, Jr. Debtor,<br>and<br>Russell A. Brown, Trustee<br><br>Respondents. | **TRUSTEE'S OBJECTION TO MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY**<br><br><br>Hearing Location:  None Set |

Russell A. Brown, the Chapter 13 Trustee, hereby informs this Court that he objects to the Motion to Lift the Automatic Bankruptcy Stay for the following reasons:

(1) Trustee believes that equity exists in the Debtors' real property, located at 313 Green Road, Pasco, Washington, 99301.  Debtor's Schedule A values the property at $140,000.00. The Movant's proof of claim filed March 3, 2010 lists a debt of $20,087.30.  In addition, Wells Fargo Bank filed another claim on March 25, 2010 in the amount of $72,606.07. The total claims equal $92,693.57.  Given the proposed value of the property on Schedule A, it appears that there may be as much as $47,306.43 in available non-exempt equity for the benefit of unsecured creditors.

(2) Both the Plan and the Debtor's response to the instant motion for relief indicate that the Debtor intends to sell the property. At the meeting of creditors held on March 23, 2010, the

Trustee reminded the Debtor and his counsel to file a motion to appoint a real estate agent. As of the date of this objection, no action has been taken. The Trustee requests Debtor's counsel provide a report on the status of the listing (i.e., asking price, and whether any offers have been received.)

       WHEREFORE: Trustee hereby requests that this Court deny the Motion for Relief from the Automatic Stay.

                                                          Scott A. Lieske, Esq.   ABN 16250
Staff Attorney for Chapter 13 Trustee
*Slieske@ch13bk.com*

A copy of the foregoing was
mailed on th date stated below to:

Tiffany & Bosco, P.A.
2525 E. Camelback Road, Third Floor
Phoenix, AZ 85016
Attorney for Movant

Michael Reddig
P.O. Box 22143
Flagstaff, Az 86002-22143
Attorney for Debtor

Fred Woelk, Jr.
7249 N. Bank Street
Kingman, AZ 86409
Debtor

*CherylTurner@ch13bk.com*