# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | FRED WOELK |
| **Case Number:** | 0:10-bk-02831-RJH  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JUNE 29, 2010 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO HOME MORTGAGE

**R / M #:**   20 / 0

## Appearances:

RUSSELL BROWN, TRUSTEE
MICHAEL REDDIG, ATTORNEY FOR FRED WOELK
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald informed the debtor is trying to sell this property and parties have agreed to a 60 day continuance.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO SEPTEMBER 8, 2010 AT 11:00 AM.