# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | FRED WOELK | | |
| **Case Number:** | 0:10-bk-02831-RJH | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 08, 2010 11:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO HOME MORTGAGE

**R / M #:**   20 / 0

## *Appearances:*

RUSSELL BROWN, TRUSTEE
MICHAEL REDDIG, ATTORNEY FOR FRED WOELK
KEVIN NELSON, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. Nelson stated he will agree to continue this hearing but would request immediate adequate protection payments.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO SEPTEMBER 27, 2010 AT 11:00 AM.   MR. REDDIG IS DIRECTED TO PROVIDE MR. BROWN AND MR. NELSON WITH INFORMATION REGARDING THE SALE.