**SIGNED.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

Dated: October 18, 2010

## Minute Entry



*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | FRED WOELK |
| **Case Number:** | 0:10-bk-02831-RJH     **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, OCTOBER 18, 2010 11:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

_____
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

*Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO HOME MORTGAGE
R / M #:   20 / 0

*Appearances:*

MICHAEL REDDIG, ATTORNEY FOR FRED WOELK
KEVIN NELSON, ATTORNEY FOR MOVANT

*Proceedings:*

Mr. Nelson stated he does not show a formal stipulation signed by the debtor or payments made.

Mr. Reddig advised the debtor can make payments.

COURT:  IT IS ORDERED DIRECTING THE DEBTOR TO BEGIN MAKING ADEQUATE PROTECTION PAYMENTS IN THE AMOUNT OF $718.55 STARTING ON  NOVEMBER 1, 2010 AND IN THE EVENT THERE IS A FAILURE TO KEEP THOSE CURRENT THE STAY WILL BE LIFTED ON 10 DAYS NOTICE.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE