**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: November 02, 2010**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-06427

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Fred Woelk, Jr.<br>   Debtor.<br>_____<br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>   Movant,<br> vs.<br><br>Fred Woelk, Jr., Debtor; Russell A. Brown, Trustee.<br><br>   Respondents. | No. 0:10-bk-02831-RJH<br><br>Chapter 11<br><br>(Related to Docket #20<br><br>**ORDER REGARDING ADEQUATE PROTECTION** |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that the Debtor, pay Adequate Protection Payments in the amount of $718.55 a month plus any applicable taxes and interest commencing on November 1, 2010 . The funds are intended to serve as adequate protection for Debtor's lien obligation to Movant secured by the real property described as:

A portion of the Northeast quarter of the Southwest quarter Section 17 township 9 North range 31 East W.M. described as follows.

BEGINNING AT A POINT South 0 degrees 22 minutes 58 seconds East 700 fee and North 89 degrees 41 minutes 09 seconds East 1322.48 feet from the West quarter corner of Section 17 Township 9 North Range 31 East W.M. thence North 89 degrees 41 minutes 09 seconds East 661.24 feet to the North South 1/64 Section line thence along said line South 0 degrees 10 minutes 56 seconds East 330.60 feet thence South 89 degrees 42 minutes 05 seconds West 660.85 feet thence North 0 degrees 14 minutes 56 seconds West 330.42 feet to the point of begginning also known as Lot 1 of Parce B of survey recorded under Auditor's file NO. 388844, records of Franklin County State of Washington. TOGETHER WITH an easement for ingress and egress over the Westerly 30 feet of Lot 3 of Parcel B of Survey recorded under Auditor's File No. 388844.

IT IS FURTHER ORDERED that the debtor will make all Adequate Protection payments directly to the office of Tiffany & Bosco, P.A. no later than the first of every month starting with November 1, 2010.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtor shall tender the default payment, as set forth above, in the form of a cashier's check or money order, made payable to Movant. If the defaulted payments are not received by Movant within ten days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan. Upon failure to cure the default within the ten days Relief shall be granted.

IT IS FURTHER ORDERED that this stipulation is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.